# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 07-po-07037 |
| | Christine Dieringer |
| BROOKS CALLAHAN | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Violation Notice CO10/0827583.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-4-202 | Operating Motor Vehicle with Defective Headlamp | On or before May 30, 2007 | 1 |

Defendant is ordered to pay $10 special assessment fee, $25 processing fee and $100 fine by today.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total: $135** | $10; $25 Processing fee | $100 |

January 9, 2008
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Title of Judicial Officer

January 15, 2008
Date